IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

| | | |
|---|---|---|
| MICHAEL S. HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3-13-cv-834-S |
| | ) | |
| EQUIFAX, INC., EQUIFAX | ) | |
| INFORMATION SERVICES | ) | |
| LLC, ICUL SERVICE | ) | |
| CORPORATION d/b/a | ) | |
| CONTINENTAL FINANCE, | ) | |
| HSBC CARD SERVICES, INC., | ) | |
| and CAPITAL ONE N.A. | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants, Equifax Inc. and Equifax Information Services LLC (together "Equifax"), by Counsel, hereby file this Notice of Removal of this action from the Jefferson Circuit Court – Division Two Jefferson County, Kentucky, wherein it is now pending as CASE NO. 13-CI-03884, to the United States District Court for the Western District of Kentucky.  This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446.  In support hereof, Equifax shows this Court as follows:

1.      An action was filed on August 1, 2013 in Jefferson Circuit Court – Division Two Jefferson County, Kentucky, entitled *Michael S. Hall v. Equifax, Inc., Equifax Information Services LLC, ICUL Service Corporation d/b/a Continental Finance, HSBC Card Services, Inc. and Capital One, N.A. Corporation*, Case No. 13-CI-03884.

2.      Equifax was served with the Complaint on August 6, 2013.

3.      This Notice is being filed with this Court within thirty (30) days after Equifax Inc. and Equifax were served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4.      This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a)      Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (See Plaintiff's Complaint, ¶¶ 63-66, 71-74).

(b)      The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5.      Promptly after the filing of this Notice of Removal, Equifax Inc. and Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the Jefferson Circuit Court – Division Two Jefferson County, Kentucky, as required by 28 U.S.C. § 1446(d).

6.      Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax Inc. and Equifax in the State Court Action.

7.      All codefendants consent to the removal of this case. Attached hereto, as Exhibits B and C respectively are the written Consents of codefendants, HSBC Card Services, Inc. and Capital One, N.A. Corporation. Codefendant ICUL Service Corporation d/b/a Continental Finance has consented verbally, and Equifax will file the written consent as soon as it has been received.

WHEREFORE, Equifax Inc. and Equifax Information Services, Inc. request that the above-described action be removed to this Court.

Respectfully submitted,

By:  s/ John M. Williams
John M. Williams
Todd C. Myers
Rajkovich, Williams, Kilpatrick & True, PLLC
3151 Beaumont Centre Circle
Suite 375
Lexington, Kentucky  40513
*Counsel for Defendants Equifax  Inc. and Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing **Notice of Removal** has been served by using the court's CM/ECF system on the 26th day of August 2013, on the following counsel of record in this case:

David W. Hemminger, Esq.
Lynch, Cox, Gilman & Goodman P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, KY  40202
*Attorney for Plaintiff*

Layli Elfar, Esq.
ICUL Service Corporation
1807 W. Diehl Road
Naperville, IL 60563

Peter M. Cummins, Esq.
J. Michael Hearon, Esq.
Frost Brown Todd LLC
400 West Market Street
Suite 3200
Louisville, Kentucky 40202-3363
*Attorneys for HSBC Card Services Inc.*

Reid Manley, Esq.
Burr & Forman LLP
Ste. 3400
420 N. 20th Street
Birmingham, Alabama 35203
*Attorney for Capital One N.A. Corporation*

s/ John M. Williams
*Counsel for Defendants Equifax  Inc. and Equifax Information Services LLC.*