IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

MICHAEL S. HALL,

    Plaintiff

v.                                 Case No. 3:13-cv-00834-CRS

ICUL SERVICE CORPORATION
d/b/a CONTINENTAL FINANCE, *et al*

    Defendant

## AGREED ORDER

    Comes the Plaintiff, Michael S. Hall, and the Defendant, Capital One N.A. Corporation, each by counsel, and hereby agree to extend the time within which Plaintiff must respond to Capital One's Motion to Dismiss up to and including November 8, 2013.

/s/ David W. Hemminger
David W. Hemminger
LYNCH, COX, GILMAN & GOODMAN P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, KY 40202
(502) 589-4215
*Counsel for Plaintiff, Michael S. Hall*

**Charles R. Simpson III, Senior Judge**
**United States District Court**

October 16, 2013

/s/ Joshua H. Threadcraft
Joshua H. Threadcraft
BURR & FORMAN LLP
420 North 20th Street
Birmingham, AL 35203
(205) 251-3000
*Counsel for Defendant, Capital One N.A. Corporation*