IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

MICHAEL S. HALL,

    Plaintiff

v.                                         Case No. 3:13-cv-00834-CRS

ICUL SERVICE CORPORATION
d/b/a CONTINENTAL FINANCE, et al

    Defendant

### AGREED ORDER OF DISMISSAL

Comes the Plaintiff, Michael S. Hall, and the Defendants, Capital One N.A. and HSBC Card Services Inc., each by counsel, and hereby agree that Plaintiff's claims against the Defendants are hereby dismissed with prejudice as settled, each party to bear its own costs.

Having seen and agreed:

*(signature)*
David W. Hemminger
LYNCH, COX, GILMAN & GOODMAN P.S.C.
500 West Jefferson Street, Suite 2100
Louisville, KY 40202
*Counsel for Plaintiff, Michael S. Hall*

*(signature)*
Joshua H. Threadcraft (w/permission)
BURR & FORMAN LLP
420 North 20th Street
Birmingham, AL 35203
(205) 251-3000
*Counsel for Defendant, Capital One N.A.*

*(signature)*

**Charles R. Simpson III, Senior Judge**
**United States District Court**

January 22, 2014

1

*Peter M. Cummins* (w/ permission)
Peter M. Cummins
Michael Hearon
FROST BROWN TODD
201 N. Illinois St., Suite 1900
Indianapolis, IN 46204
*Counsel for Defendant,*
*HSBC Card Services Inc.*